United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                    Chapter 13
SCOTT & AIMEE  CANTWELL

Debtor(s)                                 Bankruptcy No.  0714729

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this 17th day of March, 2011 upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that MICHAEL W. GALLAGHER counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____
Hon. Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

MICHAEL W.  GALLAGHER

628 EAST GERMANTOWN PIKE
LAFAYETTE HILL   PA   19444


Debtor(s)

SCOTT & AIMEE  CANTWELL

225 SUMMIT AVENUE
JENKINTOWN   PA   19046